UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TRAVIS A. HOWARTH, | Case No.: 6:20-cv-00479-YY |
| Plaintiff, | ORDER FOR EAJA FEES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $7,106.08 and costs in the amount of $0.00, for a total of $7,106.08, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to his attorney. If it is determined that Plaintiff has debt subject to the Treasury Offset Program, then the check for the remaining funds after offset of the debt shall be made payable to Plaintiff. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

:::

IT IS SO ORDERED.

DATED this  9th  day of   August   , 2021.

                                                    /s/ Youlee Yim You
                                            YOULEE YIM YOU
                                            United States Magistrate Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff
PO Box 3530
Wilsonville, OR 97070
Tel:  503-871-8890
Fax:  888-398-8793
robyn@reberslaw.com